# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Roberts Enterprises, LP, d/b/a Mayday Golf<br><br>Plaintiff,<br><br>vs.<br><br>Fun Sport, Inc., d/b/a Midway Speedway, d/b/a Fire Mountain Golf, and d/b/a Fire Mountain Rescue Mini-Golf<br><br>Defendant. | Case No.<br><br>**COMPLAINT**<br><br>**(Jury Trial Demanded)** |

The Plaintiff, Roberts Enterprises, LP, d/b/a Mayday Golf, (hereinafter "Roberts Enterprises") by its undersigned attorneys complains against the Defendant alleging as follows:

## JURISDICTION

1.      Roberts Enterprises' claims arise under the Federal Trademark Act of 1946, as amended, 15 U.S.C. § 1051 *et seq.*, particularly 15 U.S.C. §§ 1114 and 1125.  This Court has jurisdiction over the subject matter of this action and the parties hereto pursuant to 15 U.S.C. §§ 1116 and 1121; and 28 U.S.C. §§ 1331, 1332, 1338, and 1367.

## VENUE

2.      Venue is proper in this forum pursuant to 28 U.S.C. § 1391.

3.      Furthermore, events giving rise to the causes of action described herein occurred in the District of Delaware, and the acts complained of continue to occur and are ongoing in the District of Delaware.

## PARTIES

4.     Roberts Enterprises, d/b/a Mayday Golf, is a corporation organized and existing under the laws of the State of South Carolina, with its headquarters and principle place of business in Clover, South Carolina.

5.     Roberts Enterprises is informed and believes that Defendant, Fun Sport, Inc., d/b/a Midway Speedway, d/b/a Fire Mountain Golf, and d/b/a Fire Mountain Rescue Mini-Golf, is a Delaware corporation organized and existing under the laws of the State of Delaware, with its principal place of business at Highway One at Midway, Rehoboth Beach, Delaware, and which has conducted business in Delaware.

## FACTS

6.     Roberts Enterprises is in the business of operating, promoting, and marketing a miniature golf course throughout the United States for use by the general public.

7.     Beginning on November 14, 1997 and at all times thereafter, Roberts Enterprises has used a unique theme and distinctive trade dress (hereinafter "Trade Dress") of an airplane suspended above a miniature golf course to identify, promote, and market its miniature golf course services to the general public.

8.     Roberts Enterprises applied for federal registration of its distinctive Trade Dress with the United States Patent and Trademark Office on November 28, 2000.  On September 24, 2002, the Trade Dress of an airplane suspended above a miniature golf course was registered as a service mark (U.S. Reg. No. 2,623,494) (the "Mark") on the Principle Register of the United States Patent and Trademark Office to Roberts Enterprises.  This registration is valid and subsisting, and grants Roberts Enterprises the exclusive right to stop others from using the Mark

or marks confusingly similar thereto in commerce in the United States.  A copy of the Mark's registration is attached hereto and made a part hereof as EXHIBIT A.

9.     Through Roberts Enterprises' long use of a consistent airplane design, size, and elevated location at its miniature golf course, Roberts Enterprises has created a distinctive visual image.  This distinctive visual image of an airplane elevated above its miniature golf course has become associated in the relevant market with Roberts Enterprises' miniature golf course services and, thus, serves as a source identifier.

10.     The distinctive visual image created by Roberts Enterprises' use of an airplane suspended above its miniature golf course has caused Roberts Enterprises' miniature golf course to be recognizable to the general public "as being the one with the big airplane."  Affidavits showing that the Roberts Enterprises' suspended airplane above its miniature golf course has become distinctive of its services in commerce are attached as Exhibit B.

11.     Roberts Enterprises has invested substantial time, effort, and money in promoting and advertising its miniature golf course services to create this association and has continuously used its Mark and Trade Dress in interstate commerce since November 14, 1997.  Such marketing has included a website and multiple advertising catalogs and brochures distributed to the general public featuring the Mark in connection with Roberts Enterprises' miniature golf course services.

12.     Roberts Enterprises' success in operating, promoting, and marketing its miniature golf course has resulted in Roberts Enterprises' golf course being named one of the top miniature golf courses in the United States by *Newsweek*.  This honorable distinction demonstrates the extensiveness of Roberts Enterprises' marketing and advertising efforts.

13.    Roberts Enterprises has licensed the use of its Mark of an airplane suspended above a miniature golf course to certain miniature golf courses throughout the country which are patronized by the general public.  One of such Roberts Enterprises' licensees, BMS Golf, LLC, d/b/a Lost Treasure Golf, maintains a miniature golf course located at 13903 Coastal Highway, Ocean City, Maryland 21842.

14.    Roberts Enterprises' licensing agreements include quality control provisions which directly give Roberts Enterprises the right to control and inspect the nature and quality of services provided by its licensees in connection with its registered service Mark.  Furthermore, Roberts Enterprises does, in fact, control the nature and quality of services provided by its licensees in connection with its registered service Mark through inspections and other reasonable measures to detect and prevent misleading uses.

15.    Upon information and belief, Defendant Fun Sport, Inc., d/b/a Midway Speedway, d/b/a Fire Mountain Golf, and d/b/a Fire Mountain Rescue Mini-Golf, is in the business of operating, marketing, and promoting a miniature golf course in this District.

16.    On or about October 7, 2004, Roberts Enterprises was informed by its licensee BMS Golf, LLC that Defendant maintained an airplane suspended above its miniature golf course.

17.    Upon information and belief, Defendant willfully began using an airplane suspended above its miniature golf course in or after May 2002 that is identical to or confusingly similar to Roberts Enterprises' Trade Dress.  Further, Defendant markets and promotes its miniature golf course services within this District and throughout the United States by showing an airplane suspended above its miniature golf course in advertisements and on its website at www.rehobothtoday/midway.com.

18.     Defendant's wrongful use of the suspended airplane in connection with its miniature golf course services has caused or is likely to cause confusion, or to cause mistake, or to deceive the general public as to the source of origin of its and Roberts Enterprises' miniature golf course services.

19.     Defendant had constructive notice that Roberts Enterprises owned exclusive rights in its Trade Dress and Mark when it was first published for opposition in the Official Gazette on July 2, 2002.  Moreover, Defendant had <u>actual notice</u> of Roberts Enterprises' rights in the Trade Dress and registered Mark on or before November 1, 2004, through Roberts Enterprises' cease and desist letter, and continues to display the airplane suspended above its miniature golf course.

20.     To the extent that Defendant misrepresents itself as the miniature golf course with the suspended airplane, it will usurp and deprive Roberts Enterprises of its goodwill in the marketplace and lead to substantial confusion among consumers.  Furthermore, Roberts Enterprises' valuable goodwill in its Trade Dress and registered Mark is at risk of being tarnished, as Roberts Enterprises has no control over the quality of the services provided by Defendant.

21.     Defendant's infringement has been willful and deliberate, designed specifically to trade upon the vast goodwill associated with Roberts Enterprises' Trade Dress and registered Mark.  Furthermore, Defendant's acts of infringement have been committed and continue with knowledge that such acts infringe Roberts Enterprises' Trade Dress and registered Mark and with intent to cause confusion and mistake, or to deceive the general public.

22.     Defendant's use of a suspended airplane in connection with its miniature golf course services will irreparably harm Roberts Enterprises by trading on Roberts Enterprises'

reputation and goodwill, will deceive and confuse customers in the relevant market, and will take advantage of Roberts Enterprises' marketing, advertising and service efforts.

## PLAINTIFF'S DAMAGES

23.    The allegations of Paragraphs 1 through 22 above are incorporated herein by reference as if set forth verbatim.

24.    Roberts Enterprises is entitled to recover damages from Defendant for (a) Roberts Enterprises' lost profits as a result of infringing activities and unfair competition, in an amount to be proven at trial; (b) disgorgement of the Defendant's profits as a result of infringing activities and unfair competition; (c) an amount sufficient to engage in corrective advertising in order to rectify the misrepresentation and confusion connected with the suspended airplane Trade Dress and Mark which Defendant created through its willful infringement; (d) a reasonable royalty for the use of the suspended airplane Trade Dress and Mark; and (e) treble damages, punitive damages, and reasonable attorneys' fees and cost, all in excess of $75,000, exclusive of interest and costs.

25.    Roberts Enterprises further has no adequate remedy at law for this conduct because the actions of Defendant have caused and, if not enjoined, will continue to cause, irreparable harm to the rights of Roberts Enterprises in its Trade Dress and registered Mark and to Roberts Enterprises' business, reputation, and goodwill.  Roberts Enterprises is therefore entitled to a preliminary and permanent injunction to prevent Defendant's continuing use of a suspended airplane in connection with its miniature golf course services.

**FIRST CLAIM FOR RELIEF**
**(Federal Trade Dress & Service Mark Infringement - 15 U.S.C. § 1114(1)(a))**

26.     The allegations of Paragraphs 1 through 25 above are incorporated herein by reference as if set forth verbatim.

27.     Defendant has knowingly and willfully used in commerce the trade dress of an airplane elevated above its miniature golf course, which is identical to or a confusingly similar reproduction, copy, or colorable imitation of Roberts Enterprises' Trade Dress for which it owns a federal registration (U.S. Reg. No. 2,623,494), without the consent of Roberts Enterprises.

28.     Defendant's use in commerce of the trade dress of an airplane elevated above its miniature golf course has been in connection with the sale, offering for sale, distribution, or advertising of Defendant's miniature golf course services.

29.     Defendant's use in commerce of the trade dress of an airplane elevated above its miniature golf course has or is likely to cause confusion of consumers, or to deceive consumers desiring to visit and use the services of Roberts Enterprises' miniature golf course, or to cause mistake regarding the source and quality of the miniature golf course.

30.     Defendant's use in commerce of the trade dress of an airplane elevated above its miniature golf course is a violation of the Lanham Act, 15 U.S.C. § 1114(1)(a).

31.     Defendant's use in commerce of the trade dress of an airplane elevated above its miniature golf course has or is likely to cause loss of goodwill and profits to Roberts Enterprises, damages the reputation of Roberts Enterprises' miniature golf course, and injures the public by causing confusion, mistake, and deception.

32.     Defendant has used the trade dress of an airplane elevated above its miniature golf course in commerce with the knowledge and intent that such use is likely to cause confusion, mistake, and deception to relevant consumers and the general public.

33.    Roberts Enterprises is informed and believes that Defendant intends to continue the conduct complained of herein. Roberts Enterprises has no adequate remedy at law for this conduct. The actions of Defendant have caused and, if not enjoined, will continue to cause, irreparable harm to the rights of Roberts Enterprises in its Trade Dress and registered Mark and to Roberts Enterprises' business, reputation, and goodwill. Pursuant to 15 U.S.C. § 1116(a), Roberts Enterprises is therefore entitled to a preliminary and permanent injunction, as prayed for below, to prevent Defendant's continuing use in commerce of the trade dress of an airplane elevated above its miniature golf course.

34.    Roberts Enterprises is further entitled to recover its actual damages, trebled, in the form of lost profits, disgorgement of the Defendant's profits, punitive damages, a sum sufficient to conduct corrective advertisement, and/or a reasonable royalty, reasonable attorneys' fees, and the costs of this litigation, pursuant to 15 U.S.C. § 1117.

## SECOND CLAIM FOR RELIEF
### (Federal False Designation of Origin or Source - 15 U.S.C. § 1125(a))

35.    The allegations of Paragraphs 1 through 34 above are incorporated herein by reference as if set forth verbatim.

36.    Roberts Enterprises owns and has continuously used in commerce a distinctive Trade Dress, which includes an airplane elevated above its miniature golf course. This Trade Dress is easily recognized by its consumers and the public as the source identifier of Roberts Enterprises' miniature golf course services.

37.    Roberts Enterprises' Trade Dress, as described above, of an airplane elevated above its miniature golf course constitutes a trade dress that is non-functional. Further, Roberts Enterprises' long use of an airplane elevated above its miniature golf course and Roberts

Enterprises' advertising and marketing displaying an airplane elevated above its miniature golf course has created a visual image that is inherently distinctive and has acquired a secondary meaning and significance in the minds of the relevant public. Roberts Enterprises has successfully differentiated its miniature golf course services from those of others by using its Trade Dress, and its consumers and the public have come to associate Roberts Enterprises' Trade Dress with miniature golf course services of consistently high quality. Roberts Enterprises has obtained protection of its Trade Dress through a valid and subsisting federally registered service Mark.

38.    Defendant's use in commerce of an elevated airplane in connection with its miniature golf course services constitutes infringement of Roberts Enterprises' Trade Dress and federally registered service Mark and is likely to cause confusion and mistake in the minds of the consuming public as to the origin or source of services, in violation of 15 U.S.C. § 1125(a).

39.    Defendant has and continues to market, promote, and use in commerce the trade dress of an airplane elevated above its miniature golf course which infringes on Roberts Enterprises' Trade Dress and registered service Mark and is likely to cause consumers to believe that Roberts Enterprises' and Defendant's miniature golf course services come from the same origin or source, or that Roberts Enterprises sponsors or approves of Defendant's miniature golf course services, or that Roberts Enterprises and Defendant are somehow affiliated, connected or associated with one another when in fact they are not, in violation of 15 U.S.C. § 1125(a).

40.    Defendant's acts of infringement of Roberts Enterprises' Trade Dress and registered service Mark complained of herein have been committed and/or continue willfully, with knowledge that such acts infringe Roberts Enterprises' rights, and with intent to cause confusion and mistake, or to deceive the consuming public.

41.     Despite a written demand to cease and desist, Defendant has refused to make any changes to its overall trade dress at its miniature golf facility or in its marketing and advertising material so as to prevent consumer confusion and avoid engaging in infringement of Roberts Enterprises' Trade Dress and registered service Mark.  Instead, Defendant has intentionally chosen to continue their course of improper and illegal conduct.

42.     Roberts Enterprises is informed and believes that Defendant intends to continue the conduct complained of herein.  Roberts Enterprises has no adequate remedy at law for this conduct.  The actions of Defendant have caused and, if not enjoined, will continue to cause, irreparable harm to the rights of Roberts Enterprises in its Trade Dress and registered service Mark and to Roberts Enterprises' business, reputation, and goodwill.  Roberts Enterprises is therefore entitled to a preliminary and permanent injunction as provided for pursuant to 15 U.S.C. § 1116(a) and as prayed for below.

43.     Roberts Enterprises is further entitled to recover its actual damages, trebled, in the form of lost profits, disgorgement of the Defendant's profits, punitive damages, a sum sufficient to conduct corrective advertisement, and/or a reasonable royalty, reasonable attorneys' fees, and the costs of this litigation, pursuant to 15 U.S.C. § 1117.

### THIRD CLAIM FOR RELIEF
### (Federal Unfair Competition - 15 U.S.C. § 1125(a))

44.     The allegations of Paragraphs 1 through 43 above are incorporated herein by reference as if set forth verbatim.

45.     Defendant's infringing acts constitute federal unfair competition with Roberts Enterprises in violation of the federal Lanham Act, 15 U.S.C. § 1125(a).

46.    Defendant's unfair competition with Roberts Enterprises has been willful and intentional for the purpose of deceiving consumers and injuring the goodwill of Roberts Enterprises.

47.    Roberts Enterprises is informed and believes that Defendant intends to continue the conduct complained of herein.  Roberts Enterprises has no adequate remedy at law for this conduct.  The actions of Defendant have caused and, if not enjoined, will continue to cause, irreparable harm to the rights of Roberts Enterprises in its Trade Dress and registered service Mark and to Roberts Enterprises' business, reputation, and goodwill.  Roberts Enterprises is therefore entitled to a preliminary and permanent injunction as provided for pursuant to 15 U.S.C. § 1116(a) and as prayed for below.

48.    Roberts Enterprises is further entitled to recover its actual damages, trebled, in the form of lost profits, disgorgement of the Defendant's profits, punitive damages, a sum sufficient to conduct corrective advertisement, and/or a reasonable royalty, reasonable attorneys' fees, and the costs of this litigation, pursuant to 15 U.S.C. § 1117.

### FOURTH CLAIM FOR RELIEF
### (Federal Trademark Dilution - § 1125(c))

49.    The allegations of Paragraphs 1 through 48 above are incorporated herein by reference as if set forth verbatim.

50.    Roberts Enterprises' Trade Dress is a famous Mark within the meaning of 15 U.S.C. § 1125(c)(1).

51.    Defendant's use of an elevated airplane in connection with its miniature golf course services which is identical to or confusingly similar to Roberts Enterprises' Trade Dress

and registered Mark is likely to dilute the distinctive quality of Roberts Enterprises' Trade Dress and registered Mark.

52.     Defendant's intentional acts constitute trademark dilution in violation of the federal Lanham Act, 15 U.S.C. § 1125(c).

53.     Defendant's dilution of Roberts Enterprises' Trade Dress and registered Mark has been willful with the intent to trade on Roberts Enterprises reputation' or to cause dilution of Roberts Enterprises' Trade Dress and registered Mark which has irreparably injured the goodwill of Roberts Enterprises.

54.     Roberts Enterprises is informed and believes that Defendant intends to continue the conduct complained of herein.  Roberts Enterprises has no adequate remedy at law for this conduct.  The actions of Defendant have caused and, if not enjoined, will continue to cause, irreparable harm to the rights of Roberts Enterprises in its Trade Dress and registered service Mark and to Roberts Enterprises' business, reputation, and goodwill.  Roberts Enterprises is therefore entitled to a preliminary and permanent injunction as provided for pursuant to 15 U.S.C. § 1116(a) and as prayed for below.

55.     Roberts Enterprises is further entitled to recover its actual damages, trebled, in the form of lost profits, disgorgement of the Defendant's profits, punitive damages, a sum sufficient to conduct corrective advertisement, and/or a reasonable royalty, reasonable attorneys' fees, and the costs of this litigation, pursuant to 15 U.S.C. § 1117.


## FIFTH CLAIM FOR RELIEF
### (Common Law Trade Dress and Service Mark Infringement)

56.     The allegations of Paragraphs 1 through 55 above are incorporated herein by reference as if set forth verbatim.

57.    This claim arises out of the same facts as the above claims based on the federal trademark laws, is substantially related thereto, and is properly before the Court under principles of supplemental jurisdiction.

58.    Defendant's actions, as described above, constitute infringement of Roberts Enterprises common law trade dress and service mark rights under the common law of the State of Delaware.

59.    Defendant's acts of infringement of Roberts Enterprises' Trade Dress and service Mark entitle Roberts Enterprises to recover its actual damages in the form of lost profits, disgorgement of Defendant's profits, a sum sufficient to conduct corrective advertising, and/or a reasonable royalty, plus punitive damages.

60.    Defendant's infringement of Roberts Enterprises' Trade Dress and registered service Mark is likely to irreparably injure Roberts Enterprises' goodwill, and unless enjoined by this Court, will do so.  Further, Roberts Enterprises has no adequate legal remedy at law for this conduct.

61.    Under the common law of the State of Delaware, Roberts Enterprises is entitled to preliminary and permanent injunctive relief to prevent Defendant's continuing trade dress and service mark infringement.

### SIXTH CLAIM FOR RELIEF
### (Common Law Unfair Competition)

62.    The allegations of Paragraphs 1 through 61 above are incorporated herein by reference as if set forth verbatim.

63.     This claim arises out of the same facts as the above claims based on the federal trademark laws, is substantially related thereto, and is properly before the Court under principles of supplemental jurisdiction.

64.     Defendant's actions, as described above, constitute unfair competition under the common law of the State of Delaware.

65.     Defendant has promoted and marketed its miniature golf course using the trade dress of an airplane elevated above its miniature golf course in violation of Roberts Enterprises' Trade Dress and registered service Mark rights, with full knowledge of these rights, for the purpose of trading on Roberts Enterprises' goodwill and reputation, and to pass off its services as those of Roberts Enterprises and gain an unfair competitive advantage.

66.     Defendant's acts constitute unfair competition.  Roberts Enterprises is entitled to recover from Defendant its actual damages in the form of lost profits, disgorgement of Defendant's profits, a sum sufficient to conduct corrective advertising, and/or a reasonable royalty, plus punitive damages.

67.     Defendant's acts of unfair competition are likely to irreparably injure Roberts Enterprises' goodwill and reputation and unless enjoined by this Court, will do so.  Further, Roberts Enterprises has no adequate remedy at law for this conduct.

68.     Under the common law of the State of Delaware, Roberts Enterprises is entitled to preliminary and permanent injunctive relief to prevent Defendant's continuing unfair competition.

<u>**SEVENTH CLAIM FOR RELIEF**</u>
**(State Deceptive Trade Practices -- 6 Del. C. § 2531 et seq.)**

69.     The allegations of Paragraphs 1 through 68 above are incorporated herein by reference as if set forth verbatim.

70.     This claim arises out of the same facts as the above claims based on the federal trademark laws, is substantially related thereto, and is properly before the Court under principles of supplemental jurisdiction.

71.     Defendant's actions, as described above, constitute deceptive trade practices under Delaware's Deceptive Trade Practices statute because such actions, *inter alia*, constitute a passing off of Defendant's services as those of Roberts Enterprises, create a likelihood of confusion or misunderstanding as to the source, sponsorship, approval, or certification of Defendant's services, and create a likelihood of confusion or misunderstanding as to Defendant's affiliation, connection, or association with, or certification by Roberts Enterprises, in violation of 6 Del. C. § 2532.

72.     Defendant's willful and deceptive trade practices entitle Roberts Enterprises to recover treble the amount of any actual damages awarded for the same conduct under Delaware common law, as well as reasonable attorneys fees.

73.     Roberts Enterprises is entitled to preliminary and permanent injunctive relief under 6 Del. C. § 2533 to prevent Defendant's continuing deceptive trade practices.

## PRAYER FOR RELIEF

WHEREFORE, Roberts Enterprises prays as follows:

A.    Pursuant to 15 U.S.C. § 1116, Defendant, its officers, agents, employees, servants, representatives, attorneys, successors, assigns, firms, corporations and all others in privity or acting in concert or active participation with them, be preliminary and permanently enjoined and restrained from:

      1.    directly or indirectly infringing Roberts Enterprises' Trade Dress and registered service Mark in any manner;

      2.    using an airplane elevated above its miniature golf course,

      3.    distributing and/or using advertising and/or marketing materials that incorporate an airplane elevated above a miniature golf course which is confusingly similar to Roberts Enterprises' Trade Dress and registered service Mark and infringes Roberts Enterprises' registered service Mark;

      4.    further damaging Roberts Enterprises' goodwill, reputation, and business.

B.    That Defendant be required to account for, disgorge, and pay to Roberts Enterprises all profits, gains, benefits and advantages derived by Defendant from their conduct as alleged herein.

C.    That Roberts Enterprises recover from Defendant any and all damages suffered by Roberts Enterprises as a result of Defendant's deceptive, intentional, willful and wanton conduct alleged herein.

D.    That all profits and/or damages recovered by Roberts Enterprises be trebled or otherwise increased as provided under 15 U.S.C. § 1117 and 6 Del. C. § 2533.

E.     That Roberts Enterprises recover from Defendant its costs of this action and reasonable attorneys' fees, as provided by statute.

F.     That Roberts Enterprises have all other and further relief as the Court may deem just and proper under these circumstances.

Respectfully submitted,

Rex A. Donnelly, IV (Delaware ID # 3492)
RatnerPrestia
1007 Orange Street, Suite 1100
Post Office Box 1596
Wilmington, Delaware 19899
PHONE:  302.778.2500
FACSIMILE:  302.778.2600
radonnelly@ratnerprestia.com


Of Counsel:


John B. Hardaway III (Federal ID # 1710)
NEXSEN PRUET ADAMS KLEEMEIER, LLC
201 W. McBee Avenue, Suite 400 (29601)
Post Office Drawer 10648
Greenville, South Carolina  29603-0648
PHONE:  864.370.2211
FACSIMILE:  864.282.1177
jhardaway@nexsenpruet.com

Attorneys for Plaintiff
Roberts Enterprises

December 22, 2005
Wilmington, Delaware

NPGVL1:244534.1-SC-(AALLEN) 025118-00005

# Exhibit A

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**     Reg. No. 2,623,494
                                                  Registered Sep. 24, 2002

## SERVICE MARK
### PRINCIPAL REGISTER





ROBERTS, JOHN T (UNITED STATES INDIVI-
    DUAL)
3088 MOUNTAINVIEW ROAD
CLOVER, SC 29710

FOR: MINIATURE GOLF COURSES, IN CLASS 41
(U.S. CLS. 100, 101 AND 107).

FIRST USE 11-14-1997; IN COMMERCE 11-14-1997.

OWNER OF U.S. REG. NO. 2,333,624.

THE MARK IS COMPRISED OF AN AUTHENTIC
AIRPLANE SUSPENDED OVER A MINIATURE
GOLF COURSE.

SEC. 2(F).

SER. NO. 76-172,358, FILED 11-28-2000.

TONI HICKEY, EXAMINING ATTORNEY

# Exhibit B

**STATE OF SOUTH CAROLINA** )
                                   )     **AFFIDAVIT OF** _Gina D. Suggs_
**COUNTY OF HORRY_____** )

The Affiant, being duly sworn, deposes and says:

1.     My name is _Gina Suggs_ and I a customer of Mayday Golf.

2.     I live in the _NMB_____ area.

3.     I am aware of many miniature golf courses in the Grand Strand area in addition to the Mayday course.

4.     As a miniature golf course player, I have played many different courses and commonly identify a golf course by its theme.

5.     I recognize the Mayday golf course as being the one with the big airplane, and identify the course as the one with the big airplane.

6.     I find the big airplane at the Mayday course to be distinctive when compared to other miniature golf courses and their potentially identifying aspects.

7.     I refer to and direct people to the Mayday miniature golf course as being the one with the big airplane.

Signature: _Gina D. Suggs_

Name: _Gina D. Suggs_

SWORN and subscribed to before me
this _9_ day of _Oct_____, 2001

_Isaac C. Dunn_(L.S.)
Notary Public for South Carolina
My commission expires:
_2.25.2003_

STATE OF SOUTH CAROLINA  )
                          )    AFFIDAVIT OF _Jason   Haupt_____
COUNTY OF  HORRY_____   )


The Affiant, being duly sworn, deposes and says:


1.    My name is _Jason Haupt_____ and I a customer of Mayday Golf.

2.    I live in the _PA._____ area.

3.    I am aware of many miniature golf courses in the Grand Strand area in addition to

      the Mayday course.

4.    As a miniature golf course player, I have played many different courses and

      commonly identify a golf course by its theme.

5.    I recognize the Mayday golf course as being the one with the big airplane, and

      identify the course as the one with the big airplane.

6.    I find the big airplane at the Mayday course to be distinctive when compared to

      other miniature golf courses and their potentially identifying aspects.

7.    I refer to and direct people to the Mayday miniature golf course as being the one

      with the big airplane.

              Signature: _Jason Lee Haupt_____

              Name: _Jason  Lee  Haupt_____

SWORN and subscribed to before me
this _9_ day of _oct_____, 2001

_Isaac C Dunn___(L.S.)
Notary Public for South Carolina
My commission expires:

2. 25. 2003

STATE OF SOUTH CAROLINA  )
                         )        AFFIDAVIT OF _Joe  Stephens_
COUNTY OF  HORRY_____   )

The Affiant, being duly sworn, deposes and says:

1.    My name is _Joe  Stephens_ and I a customer of Mayday Golf.

2.    I live in the _N.C_____ area.

3.    I am aware of many miniature golf courses in the Grand Strand area in addition to the Mayday course.

4.    As a miniature golf course player, I have played many different courses and commonly identify a golf course by its theme.

5.    I recognize the Mayday golf course as being the one with the big airplane, and identify the course as the one with the big airplane.

6.    I find the big airplane at the Mayday course to be distinctive when compared to other miniature golf courses and their potentially identifying aspects.

7.    I refer to and direct people to the Mayday miniature golf course as being the one with the big airplane.

Signature: _Joe Stephen_

Name: _Joe  Stephen_

SWORN and subscribed to before me
this 9 day of _oct_, 2001

_____(L.S.)
Notary Public for South Carolina
My commission expires:

STATE OF SOUTH CAROLINA )
                        )       AFFIDAVIT OF *Gary Westphal*
COUNTY OF HORRY_____ )

The Affiant, being duly sworn, deposes and says:

1.  My name is *Gary Westphal*_____ and I a customer of Mayday Golf.

2.  I live in the *Detroit  Michigan*_____ area.

3.  I am aware of many miniature golf courses in the Grand Strand area in addition to
    the Mayday course.

4.  As a miniature golf course player, I have played many different courses and
    commonly identify a golf course by its theme.

5.  I recognize the Mayday golf course as being the one with the big airplane, and
    identify the course as the one with the big airplane.

6.  I find the big airplane at the Mayday course to be distinctive when compared to
    other miniature golf courses and their potentially identifying aspects.

7.  I refer to and direct people to the Mayday miniature golf course as being the one
    with the big airplane.

Signature: *Gary K Westphal*

Name: *Gary Westphal*

SWORN and subscribed to before me
this *10* day of *Oct*_____, 2001

_*Debra a Thumm*_____ (L.S.)
Notary Public for South Carolina
My commission expires:

*2.25. 2003*

STATE OF SOUTH CAROLINA  )
                                               )         AFFIDAVIT OF _Stephanie Stephens_
COUNTY OF  HORRY_____  )


The Affiant, being duly sworn, deposes and says:


1.    My name is _Stephanie Stephens_ and I a customer of Mayday Golf.

2.    I live in the ___ _N C_ _____ area.

3.    I am aware of many miniature golf courses in the Grand Strand area in addition to
       the Mayday course.

4.    As a miniature golf course player, I have played many different courses and
       commonly identify a golf course by its theme.

5.    I recognize the Mayday golf course as being the one with the big airplane, and
       identify the course as the one with the big airplane.

6.    I find the big airplane at the Mayday course to be distinctive when compared to
       other miniature golf courses and their potentially identifying aspects.

7.    I refer to and direct people to the Mayday miniature golf course as being the one
       with the big airplane.

                              Signature: _Stephanie D Stephens_
                              Name: _Stephanie  Stephens_

SWORN and subscribed to before me
this _9_ day of _Oct_ , 2001

_____ (L.S.)
Notary Public for South Carolina
My commission expires:
_2-25-2003_

STATE OF SOUTH CAROLINA )
                         )     AFFIDAVIT OF _WESLEY POROZYNSKI_
COUNTY OF HORRY_____   )


The Affiant, being duly sworn, deposes and says:


1.   My name is _WESLEY POROZYNSK_ and I a customer of Mayday Golf.

2.   I live in the _NORTH CAROLINA_ area.

3.   I am aware of many miniature golf courses in the Grand Strand area in addition to
     the Mayday course.

4.   As a miniature golf course player, I have played many different courses and
     commonly identify a golf course by its theme.

5.   I recognize the Mayday golf course as being the one with the big airplane, and
     identify the course as the one with the big airplane.

6.   I find the big airplane at the Mayday course to be distinctive when compared to
     other miniature golf courses and their potentially identifying aspects.

7.   I refer to and direct people to the Mayday miniature golf course as being the one
     with the big airplane.

     Signature: _Wesley Pryn_ )

     Name: _WESLEY POROZYNSK_


SWORN and subscribed to before me
this 9 day of _oct_, 2001

_____ (L.S.)
Notary Public for South Carolina
My commission expires:
2.25. 2003

STATE OF SOUTH CAROLINA  )
                         )     AFFIDAVIT OF _Joan C. Porozynsk,_
COUNTY OF HORRY_____   )


The Affiant, being duly sworn, deposes and says:


1.    My name is _Joan C. Porozynsk_ and I a customer of Mayday Golf.

2.    I live in the _____ _N C_ _____ area.

3.    I am aware of many miniature golf courses in the Grand Strand area in addition to
      the Mayday course.

4.    As a miniature golf course player, I have played many different courses and
      commonly identify a golf course by its theme.

5.    I recognize the Mayday golf course as being the one with the big airplane, and
      identify the course as the one with the big airplane.

6.    I find the big airplane at the Mayday course to be distinctive when compared to
      other miniature golf courses and their potentially identifying aspects.

7.    I refer to and direct people to the Mayday miniature golf course as being the one
      with the big airplane.

                        Signature: _Joan C. Porozynski_

                        Name: _JOAN C. POROZYNSKi_

SWORN and subscribed to before me
this _9_ day of _Oct_____, 2001

_____(L.S.)
Notary Public for South Carolina
My commission expires:

_2.25-2003_

**STATE OF SOUTH CAROLINA** )
                                  )        **AFFIDAVIT OF** _Steve McCluskey_
**COUNTY OF HORRY_____** )

       The Affiant, being duly sworn, deposes and says:

1.      My name is _Steve McCluskey_ and I a customer of Mayday Golf.

2.      I live in the _Murfreesboro, TN_ area.

3.      I am aware of many miniature golf courses in the Grand Strand area in addition to the Mayday course.

4.      As a miniature golf course player, I have played many different courses and commonly identify a golf course by its theme.

5.      I recognize the Mayday golf course as being the one with the big airplane, and identify the course as the one with the big airplane.

6.      I find the big airplane at the Mayday course to be distinctive when compared to other miniature golf courses and their potentially identifying aspects.

7.      I refer to and direct people to the Mayday miniature golf course as being the one with the big airplane.

                         Signature: _Steve R. McCluskey_

                         Name: _Steve McCluskey_

SWORN and subscribed to before me
this _9_ day of _Oct_, 2001

_____ (L.S.)
Notary Public for South Carolina
My commission expires:
_2.25.2003_

STATE OF SOUTH CAROLINA  )

COUNTY OF HORRY_____  )

AFFIDAVIT OF _Tom Mulhall_

The Affiant, being duly sworn, deposes and says:

1. My name is _Tom Mulhall_ and I a customer of Mayday Golf.

2. I live in the _New Jersey - Ocean County_ area.

3. I am aware of many miniature golf courses in the Grand Strand area in addition to the Mayday course.

4. As a miniature golf course player, I have played many different courses and commonly identify a golf course by its theme.

5. I recognize the Mayday golf course as being the one with the big airplane, and identify the course as the one with the big airplane.

6. I find the big airplane at the Mayday course to be distinctive when compared to other miniature golf courses and their potentially identifying aspects.

7. I refer to and direct people to the Mayday miniature golf course as being the one with the big airplane.

Signature: _Tom Mulhall_

Name: _Tom Mulhall_

SWORN and subscribed to before me
this _9_ day of _oct_____, 2001

_____(L.S.)
Notary Public for South Carolina
My commission expires:

_2. 25. 2003_

STATE OF SOUTH CAROLINA )

COUNTY OF _Horry_ )

AFFIDAVIT OF _William Turner_

The Affiant, being duly sworn, deposes and says:

1.  My name is _William P. Turner_ and I am a customer of Mayday miniature golf course;

2.  I live and/or vacation in the Myrtle Beach/ Grand Strand area;

3.  That as a miniature golf course player I have played many different courses and commonly identify a golf course by its theme;

4.  That the miniature golf course that has a real airplane as its central theme is of higher quality and standards than those of other miniature golf courses;

5.  That I often refer to the Mayday golf course as the one with the big airplane;

Signature: _William P. Turner_

Name: _WILLIAM P. TURNER_

SWORN and subscribed to before me
this _9_ day of _Oct_ , 2001

_____ (L.S.)
Notary Public for South Carolina
My commission expires:

_2. 25  2003_

STATE OF SOUTH CAROLINA )
                                )      AFFIDAVIT OF *Barbara Deel*

COUNTY OF  HORRY_____ )

The Affiant, being duly sworn, deposes and says:

1. My name is *Barbara Deel* and I a customer of Mayday Golf.

2. I live in the *Haysi, Va* area.

3. I am aware of many miniature golf courses in the Grand Strand area in addition to the Mayday course.

4. As a miniature golf course player, I have played many different courses and commonly identify a golf course by its theme.

5. I recognize the Mayday golf course as being the one with the big airplane, and identify the course as the one with the big airplane.

6. I find the big airplane at the Mayday course to be distinctive when compared to other miniature golf courses and their potentially identifying aspects.

7. I refer to and direct people to the Mayday miniature golf course as being the one with the big airplane.

Signature: *Barbara M Deel*

Name: *Barbara Deel*

SWORN and subscribed to before me
this *9* day of *Oct*, 2001

*Oscar C Dunan* (L.S.)
Notary Public for South Carolina
My commission expires:
*2.25.2008*

STATE OF SOUTH CAROLINA ) 
                        )     AFFIDAVIT OF _Judy Stanley_
COUNTY OF HORRY_____ )

The Affiant, being duly sworn, deposes and says:

1. My name is _Judy Stanley_ and I a customer of Mayday Golf.

2. I live in the _South Western Va_____ area.

3. I am aware of many miniature golf courses in the Grand Strand area in addition to the Mayday course.

4. As a miniature golf course player, I have played many different courses and commonly identify a golf course by its theme.

5. I recognize the Mayday golf course as being the one with the big airplane, and identify the course as the one with the big airplane.

6. I find the big airplane at the Mayday course to be distinctive when compared to other miniature golf courses and their potentially identifying aspects.

7. I refer to and direct people to the Mayday miniature golf course as being the one with the big airplane.

Signature: _Judy Stanley_

Name: _Judy Stanley_

SWORN and subscribed to before me this 9 day of _a_P_, 2001

_____(L.S.)
Notary Public for South Carolina
My commission expires:
2. 25. 2003

STATE OF SOUTH CAROLINA    )
                           )    AFFIDAVIT OF _Janette Mullin_
COUNTY OF HORRY_____    )


The Affiant, being duly sworn, deposes and says:


1.  My name is _Janette Mullins_ and I a customer of Mayday Golf.

2.  I live in the _Hays Na_ area.

3.  I am aware of many miniature golf courses in the Grand Strand area in addition to
    the Mayday course.

4.  As a miniature golf course player, I have played many different courses and
    commonly identify a golf course by its theme.

5.  I recognize the Mayday golf course as being the one with the big airplane, and
    identify the course as the one with the big airplane.

6.  I find the big airplane at the Mayday course to be distinctive when compared to
    other miniature golf courses and their potentially identifying aspects.

7.  I refer to and direct people to the Mayday miniature golf course as being the one
    with the big airplane.

Signature: _Janette Mullins_

Name: _Janette Mullins_

SWORN and subscribed to before me
this _9_ day of _oct_, 2001

_____ (L.S.)
Notary Public for South Carolina
My commission expires:
_2.25.2003_

STATE OF SOUTH CAROLINA )
                        )    AFFIDAVIT OF _Seven Trent_
COUNTY OF _Horry_       )

The Affiant, being duly sworn, deposes and says:

1.  My name is _Steven Trent_ and I am a customer of Mayday
    miniature golf course;

2.  I live and/or vacation in the Myrtle Beach/ Grand Strand area;

3.  That as a miniature golf course player I have played many different courses and
    commonly identify a golf course by its theme;

4.  That the miniature golf course that has a real airplane as its central theme is of
    higher quality and standards than those of other miniature golf courses;

5.  That I often refer to the Mayday golf course as the one with the big airplane;

    Signature: _Steven Trent_

    Name: _Steven Trent_

SWORN and subscribed to before me
this _9_ day of _act_, 2001

_____ (L.S.)
Notary Public for South Carolina
My commission expires:
2. 25. 2003

**STATE OF SOUTH CAROLINA** )

**COUNTY OF** _Horry_ )                **AFFIDAVIT OF** _GRAHAM Phelps_

The Affiant, being duly sworn, deposes and says:

1.   My name is _Graham Phelps_ and I am a customer of Mayday
     miniature golf course;

2.   I live and/or vacation in the Myrtle Beach/ Grand Strand area;

3.   That as a miniature golf course player I have played many different courses and
     commonly identify a golf course by its theme;

4.   That the miniature golf course that has a real airplane as its central theme is of
     higher quality and standards than those of other miniature golf courses;

5.   That I often refer to the Mayday golf course as the one with the big airplane;

         Signature: _____

         Name: _Graham Phelps_

SWORN and subscribed to before me
this _9_ day of _Oct_ , 2001

_____ (L.S.)
Notary Public for South Carolina
My commission expires:
  _2 25 2003_

STATE OF SOUTH CAROLINA  )
                         )
COUNTY OF ~~Horry~~      )          AFFIDAVIT OF _John George Dahkstrom Jr_

The Affiant, being duly sworn, deposes and says:

1.  My name is _John George Dahkstrom Jr_ and I am a customer of Mayday
    miniature golf course;

2.  I live and/or vacation in the Myrtle Beach/ Grand Strand area;

3.  That as a miniature golf course player I have played many different courses and
    commonly identify a golf course by its theme;

4.  That the miniature golf course that has a real airplane as its central theme is of
    higher quality and standards than those of other miniature golf courses;

5.  That I often refer to the Mayday golf course as the one with the big airplane;

    Signature: _____

    Name: _John Dahkstrom Jr_

SWORN and subscribed to before me
this _9_ day of _Oct_____, 2001

_____(L.S.)
Notary Public for South Carolina
My commission expires:
_2. 25. 2003_

**STATE OF SOUTH CAROLINA** )

**COUNTY OF** _HAMILTON CO_ )          **AFFIDAVIT OF** DAVE ROHLING
_OH_

The Affiant, being duly sworn, deposes and says:

1.  My name is _DAVE ROHLING_ and I am a customer of Mayday
    miniature golf course;

2.  I live and/or vacation in the Myrtle Beach/ Grand Strand area;

3.  That as a miniature golf course player I have played many different courses and
    commonly identify a golf course by its theme;

4.  That the miniature golf course that has a real airplane as its central theme is of
    higher quality and standards than those of other miniature golf courses;

5.  That I often refer to the Mayday golf course as the one with the big airplane;

    Signature: _____

    Name: _DAVID J ROHLING_

SWORN and subscribed to before me
this 9 day of _Oct_ , 2001

_____ (L.S.)
Notary Public for South Carolina
My commission expires:

2.25.2003

STATE OF SOUTH CAROLINA  )
                          )        **AFFIDAVIT OF LYNNE CESARIO**
COUNTY OF HORRY_____  )


The Affiant, being duly sworn, deposes and says:


1.    My name is Lynne Cesario and I managed the Mayday miniature golf course from 1998 through

      2001.

2.    As Manager of Mayday Miniature Golf course, my responsibilities include speaking with customers

      of the course and trying to ascertain how they heard about the course.

3.    Through the course of my employment, I have personally spoken to customers who say that they or

      their families insisted on playing the course with "the big yellow airplane.".

4.    Many customers have said that the big airplane primarily identifies and distinguishes the Mayday

      course from numerous other miniature golf establishments in the Myrtle Beach area.

5.    I refer to and direct people to the Mayday miniature golf course as being the one with the big

      airplane.

6.    I have documented many examples of customer comments in the attached letter of Oct. 9, 2001.


                              Signature: _Lynne M Cesario_
                              Name: _Lynne M. Cesario_

SWORN and subscribed to before me
this _10_ day of _October_, 2001

_Susan C. Nunn_ (L.S.)
Notary Public for South Carolina
My commission expires:
_2. 25. 2003_

Lynne Caesar
1429 Baldwin Court
Little River SC 29566

October 09, 2001

To Whom It May Concern:

During my four years as the Manager of Mayday Miniature Golf I cannot begin to reflect on the endless times customers, suppliers and delivery people had no idea where Mayday Golf is located, but knew where the "big yellow airplane" is.
The following are just a few of the perpetual comments:

**Customers:**

- We/my son/my daughter saw the "yellow airplane" and this was the only course they wanted to play.
- When customers would inquire the best place to play miniature golf at Restaurants, Hotels etc. the reply was always the one with the "big yellow airplane."
- I love your "yellow airplane."
- We played at your other course in Tennessee.
- We play here every time we come to the Beach. Our family and friends play here as well
- When we were planning our vacation, the kids saw your web site with the "big yellow airplane" so here we are.
- We played at another course that had a plane is that yours too.
- We've played lots of courses but we like this one the best. We love the "yellow airplane."
- The boys decided to play here everyday while we are here. They love the airplane.
- When speaking with others on the the telephone we're at the one with the "big yellow plane."

**Suppliers:**

When I had the need to call various suppliers in the area, they had no idea where we were located until I told them we were the one with the "big yellow airplane."

- Oh, ya. I drive by there every day to work.
- I and my family played there.

If you should need more information please do not hesitate to call me at 843-280-5437.

Sincerely,

Lynne Cesario

STATE OF SOUTH CAROLINA  )
                         )        AFFIDAVIT OF _Jean N. Gioie_
COUNTY OF HORRY_____   )


The Affiant, being duly sworn, deposes and says:


1.    My name is _Jean N. Gioie_ and I am an employee of Mayday miniature golf course;

2.    As an employee of Mayday miniature golf course, my responsibilities include speaking with

      customers of the course and trying to ascertain how they heard about the course;

3.    Through the course of my employment, I have personally spoken to customers who say that they or

      their families insisted on playing the course with "the big yellow airplane.";

4.    Many customers have said that the big airplane primarily identifies and distinguishes the Mayday

      course from numerous other miniature golf establishments in the Myrtle Beach area;

5.    I refer to and direct people to the Mayday miniature golf course as being the one with the big

      airplane;


                                        Signature: _Jean N. Gioie_

                                        Name: _Jean N. Gioie_


SWORN and subscribed to before me
this 7 day of _Oct_____, 2001

_Joan C. Dunn_____(L.S.)
Notary Public for South Carolina
My commission expires:

2-25-2003

STATE OF SOUTH CAROLINA ) 
COUNTY OF ~~HORRY~~ )          AFFIDAVIT OF *Thomas W. Decker*
                        )

The Affiant, being duly sworn, deposes and says:

1.    My name is *Thomas W Decker* and I am an employee of Mayday

miniature golf course.

2.    As an employee of Mayday miniature golf course, my responsibilities include

speaking with customers of the course and trying to ascertain how they heard

about the course.

3.    Through the course of my employment, I have personally spoken to numerous

customers who say that they or their families insisted on playing the course with

the "big yellow airplane."

4.    Many customers have said that the "big airplane" primarily identifies and

distinguishes the Mayday course from among the numerous other miniature golf

establishments in the Myrtle Beach area.

5.    I refer to and direct people to the Mayday miniature golf course as being the one

with the big airplane.

Signature: *Thomas W. Decker*

Name: *Thomas W. Decker*

SWORN and subscribed to before me
this 9 day of *cet* , 2001

*[signature]* (L.S.)
Notary Public for South Carolina
My commission expires:
2. 25. 2003

STATE OF SOUTH CAROLINA  )
                                   )      **AFFIDAVIT OF RICHARD MARKS**

COUNTY OF HORRY_____  )

The Affiant, being duly sworn, deposes and says:

1.    My name is Richard Marks, and I own and operate Marks Construction Company, and have done so for 16 years.

2.    As part of my business, I build miniature golf courses, and have done so on many occasions.

3.    In addition, I personally own and operate a miniature golf course, called Mutiny Bay, and have done so for 1 years.

4.    My miniature golf course is near to Mayday miniature golf course.

5.    I have personally visited the "Mayday" miniature golf course several times, as well as other miniature golf courses in the Myrtle Beach area.

6.    Based on having approximately 13 years of experience in the industry, both as a builder and owner of miniature golf courses, I believe the large "airplane in distress" on the Mayday course to be very distinctive in the industry in general and the Myrtle Beach area in particular.

7.    Based on my experience in the industry and my knowledge of the miniature golf establishments in Myrtle Beach, I believe the large airplane in distress identifies the Mayday miniature golf course sufficient to allow customers to identify the airplane with the Mayday course, and I so identify the plane myself.

8.    Based on my experience in the industry, I believe it is beneficial to have a distinctive feature on a miniature golf course that allows the public to readily identify and differentiate that course from another, and I believe that the Mayday Airplane is very successful in that regard.

9.    I refer to and direct people to the Mayday miniature golf course as being the one with the big yellow airplane.

Signature: _Richard L. Macks_

Name: _Richard L. Marks_

SWORN and subscribed to before me

this _10_ day of _oct_ , 2001

_____ (L.S.)

Notary Public for South Carolina

My commission expires:

_2 25- 2003_

STATE OF SOUTH CAROLINA )    **AFFIDAVIT OF WATSON GORE**

                       )

COUNTY OF HORRY_____ )

The Affiant, being duly sworn, deposes and says:

1.    My name is Watson Gore, and I am an Accountant in the North Myrtle Beach area, and have been so employed for 28 years.

2.    In the course of my professional and personal life, I am familiar with many miniature golf establishments in the Myrtle Beach area, and with the "Mayday" miniature golf course in particular.

3.    Based on my experience as an Accountant in the North Myrtle Beach area, I believe the large authentic airplane that dominates the Mayday miniature golf course to be the distinctive identifying feature of the Mayday course that differentiates it from the many other miniature golf courses I am familiar with.

4.    Based on my professional and personal knowledge of the many miniature golf courses in the Myrtle Beach area, I believe the large airplane in distress identifies the Mayday miniature golf course.

5.    I refer to and direct people to the Mayday miniature golf course as being the one with the big airplane.

Signature: _____

Name: _WATSON GORE_

SWORN and subscribed to before me

this _10_ day of _oct_, 2001

_____ (L.S.)

Notary Public for South Carolina

My commission expires:

_2-25-2003_

STATE OF SOUTH CAROLINA  )

                                )       **AFFIDAVIT OF BRENDA CLARK**

COUNTY OF HORRY_____  )

The Affiant, being duly sworn, deposes and says:

1.      My name is Brenda Clark, and I am employed as the Membership Director for the North Myrtle Beach Chamber of Commerce, and have been so employed for $1\frac{1}{2}$ years.

2.      In the course of my professional and personal life, I am familiar with many miniature golf establishments in the Myrtle Beach area, and with the "Mayday" miniature golf course in particular.

3.      Based on my experience as Membership Director for the North Myrtle Beach Chamber of Commerce, I believe the large authentic airplane that dominates the Mayday miniature golf course to be the distinctive identifying feature of the Mayday course that differentiates it from the many other miniature golf courses I am familiar with.

4.      Based on my professional and personal knowledge of the many miniature golf courses in the Myrtle Beach area, I believe the large airplane in distress identifies the Mayday miniature golf course.

5.      I refer to and direct people to the Mayday miniature golf course as being the one with the big airplane.

Signature: _Brenda Clark_

Name: _Brenda Clark_

SWORN and subscribed to before me

this _10_ day of _Oct_, 2001

_Kaydell S. Rachley_ (L.S.)

Notary Public for South Carolina

My commission expires: _3/19/09_

STATE OF SOUTH CAROLINA )    **AFFIDAVIT OF KATHY SMITH**

                              )

COUNTY OF HORRY_____ )

The Affiant, being duly sworn, deposes and says:

1.   My name is Kathy Smith, and I am an Advertising Sales Representative in the North Myrtle Beach area, and have been so employed for __5__ years.

2.   In the course of my professional and personal life, I am familiar with many miniature golf establishments in the Myrtle Beach area, and with the "Mayday" miniature golf course in particular.

3.   Based on my experience in advertising sales in the Myrtle Beach area, I believe the large authentic airplane that dominates the Mayday miniature golf course to be the distinctive identifying feature of the Mayday course that differentiates it from the many other miniature golf courses I am familiar with.

4.   Based on my professional and personal knowledge of the many miniature golf courses in the Myrtle Beach area, I believe the large airplane in distress identifies the Mayday miniature golf course.

5.   I refer to and direct people to the Mayday miniature golf course as being the one with the big airplane.

Signature: *Katherine F. Smith*

Name: *Katherine F. Smith*

SWORN and subscribed to before me

this _10_ day of _Oct_, 2001

_Susan H Wagner_ (L.S.)

Notary Public for South Carolina

My commission expires: My Commission Expires February 19, 2006

STATE OF SOUTH CAROLINA   )
                          )         **AFFIDAVIT OF COLIN ADDIS**
COUNTY OF HORRY_____   )

The Affiant, being duly sworn, deposes and says:

1. My name is Colin Addis, and I own and operate Addis Advertising in the Myrtle Beach area. I have been involved with entertainment, attractions and advertising in the Myrtle Beach area for _8_ years.

2. I have personally visited the "Mayday" miniature golf course several times, as well as other miniature golf courses in the Myrtle Beach area.

3. Based on having approximately _8_ years of experience operating and promoting attractions in the area, I believe the large "airplane in distress" on the Mayday course to be very distinctive in the industry in general and the Myrtle Beach area in particular.

4. Based on my experience in the industry and my knowledge of the miniature golf establishments in Myrtle Beach, I believe the large airplane identifies the Mayday miniature golf course sufficient to allow customers to identify the airplane with the Mayday course, and I so identify the plane myself.

5. Based on my experience in the industry, I believe it is beneficial to have a distinctive feature on a miniature golf course that allows the public to readily identify and differentiate that course from another, and I believe that the Mayday Airplane is very successful in that regard.

6.    I refer to and direct people to the Mayday miniature golf course as being the one

with the big airplane.

Signature: _Billie Connis Addis_

Name: _____ 10.10.01

SWORN and subscribed to before me

this _10_ day of _October_ , 2001

_Susan H. Wagner_ (L.S.)

Notary Public for South Carolina

My commission expires:    My Commission Expires February 19, 2006

STATE OF SOUTH CAROLINA  )
                         )    **AFFIDAVIT OF BOB DUATO**
COUNTY OF HORRY_____ )

The Affiant, being duly sworn, deposes and says:

1.  My name is Bob Duato, and I own and operate Bob's Sculptures, and have done
    so for _6_ years.

2.  As part of my business, I build sculptures for miniature golf courses and other
    attractions, and have done so on many occasions.

3.  I have personally visited the "Mayday" miniature golf course several times, as
    well as other miniature golf courses in the Myrtle Beach area.

4.  Based on having approximately _6_ years of experience in the industry, as a
    supplier to miniature golf courses, I believe the large "airplane in distress" on the
    Mayday course to be very distinctive in the industry in general and the Myrtle
    Beach area in particular.

5.  Based on my experience in the industry and my knowledge of the miniature golf
    establishments in Myrtle Beach, I believe the large airplane identifies the Mayday
    miniature golf course sufficient to allow customers to identify the airplane with
    the Mayday course, and I so identify the plane myself.

6.  Based on my experience in the industry, I believe it is beneficial to have a
    distinctive feature on a miniature golf course that allows the public to readily
    identify and differentiate that course from another, and I believe that the Mayday
    Airplane is very successful in that regard.

7.    I refer to and direct people to the Mayday miniature golf course as being the one

with the big airplane.

Signature: _Bob Duato_

Name: _BOB DUATO_

SWORN and subscribed to before me

this _10_ day of _oct_ , 2001

_Isaac C Dunn_ (L.S.)

Notary Public for South Carolina

_2. 25. 2003_

My commission expires: