IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Roberts Enterprises, LP, d/b/a Mayday Golf<br><br>Plaintiff,<br><br>vs.<br><br>Fun Sport, Inc., d/b/a Midway Speedway, d/b/a Fire Mountain Golf, and d/b/a Fire Mountain Rescue Mini-Golf<br><br>Defendant. | Case No.<br><br>**COMPLAINT**<br><br>**(Jury Trial Demanded)** |

### Rule 7.1 Disclosure

The undersigned, counsel of record for Roberts Enterprises, LP, certifies that Roberts Enterprises, LP has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

Rex A. Donnelly, IV (Delaware ID # 3492)
RatnerPrestia
1007 Orange Street, Suite 1100
Post Office Box 1596
Wilmington, Delaware 19899
PHONE:  302.778.2500
FACSIMILE:  302.778.2600
radonnelly@ratnerprestia.com

December 22, 2005
Wilmington, Delaware