IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERTS ENTERPRISES LP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-885-SLR |
| | ) |
| FUN SPORT INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)**

Plaintiff, Roberts Enterprises LP, through undersigned counsel, hereby dismisses this action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Respectfully submitted,

RATNERPRESTIA

/s/Rex A. Donnelly
Rex A. Donnelly, IV (Delaware ID # 3492)
RatnerPrestia
1007 Orange Street, Suite 1100
Post Office Box 1596
Wilmington, Delaware 19899
PHONE: 302.778.2500
FACSIMILE: 302.778.2600
radonnelly@ratnerprestia.com

Dated: November 29, 2007