

**RatnerPrestia**
WE SPECIALIZE IN THE LAW OF CREATIVITY®

REX A. DONNELLY
DIRECT DIAL: 302-778-3460
EMAIL: radonnelly@ratnerprestia.com

December 14, 2007

The Honorable Sue L. Robinson
United States District Court
 for the District of Delaware
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

    Re:    Roberts Enterprises LP v. Fun Sport Inc.
             Civil Action No. 05-885-SLR

Dear Judge Robinson:

    In response to the Court's November 21, 2007 Order to Show Cause in the above-referenced matter, we are filing herewith a Notice of Voluntary Dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. After the above-referenced case was filed, the parties entered into settlement negotiations which extended beyond the period prescribed by the Federal Rules for service of the complaint. After the negotiations broke down, we filed a new complaint which was assigned Civil Action No. 06-490-JJF and is currently pending before Judge Farnan. We apologize for the oversight in not dismissing the 2005 complaint sooner.

                            Respectfully,

                            RatnerPrestia

                            Rex A. Donnelly

Enclosure: Notice of Voluntary Dismissal